IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARRYL THORNTON, on behalf
of himself and those similarly
situated,

          Plaintiffs,

    v.

VALOR TECHNICAL CLEANING,
LLC,

          Defendant.

:

:

:

:

Case No. 3:25-cv-385

JUDGE WALTER H. RICE

---

ORDER SUSTAINING IN PART AND OVERRULING IN PART
DEFENDANT'S EMERGENCY MOTION TO STAY (DOC. #16)

---

On March 3, 2026, Defendant Valor Technical Cleaning, LLC ("Defendant")
filed a Motion to Transfer Venue, Doc. #14, and an Emergency Motion to Stay
Discovery, Doc. #16. The following day, March 4, 2026, Plaintiff Darryl Thornton
("Plaintiff") filed a Motion for Leave to File first Amended Complaint. Doc. #18. Two
days later, March 6, 2026, Plaintiff filed a response in opposition to Defendant's
Emergency Motion to Stay Discovery. Doc. #19.

Given the parties' competing motions (the motion to transfer and the motion
to amend complaint), both of which are currently pending, it seems prudent to this
Court to permit a limited stay of discovery pending resolution of the motions. Yet,
the Court is also cognizant that if Defendant's motion to transfer is ultimately

sustained, some discovery will yet be necessary. In other words, it is possible that there is a subset of discoverable information that will be required if this case is transferred and a separate subset of information that is discoverable because the case is located in this district but may not be discoverable if this case were in the district of Colorado. For example, identifying potential members of a class would likely need to happen regardless of whether this case is tried in Ohio or Colorado.

To that end, the Court will sustain Defendant's Emergency Motion to Stay Discovery to the extent that the discovery would be rendered unnecessary in the event this case is transferred. However, if the discovery relates to information that would be necessary even if the case is transferred, that discovery should continue to be exchanged and is not stayed by this Order. With those conditions set forth, Defendant's Emergency Motion to Stay, Doc. #16, is SUSTAINED IN PART and OVERRULED IN PART.

Date: March 12, 2026

(Reviewed by Judge Rice prior to electronic signature being affixed)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

2