In the United States District Court
for the Southern District of Ohio
Western Division at Dayton

Darryl Thornton,

    *On behalf of himself and those
similarly situated,*

        Plaintiff,

    v.

Valor Technical Cleaning, LLC;

        Defendant.

Case No. 3:25-cv-00385-WHR-PBS

Judge Walter H. Rice

## Order Granting Joint Motion to Stay

THIS MATTER having come before the Court on the Parties' Joint Motion to Stay (Doc. 40) and the Court being fully advised, Parties' Joint Motion to Stay is hereby GRANTED. This case is stayed until November 20, 2026. Parties shall file a status report on or before November 20, 2026 notifying the Court as to the outcome of the mediation.

**IT IS SO ORDERED.**

Date: _4-2-26_, 2026

_Walter H. Rice_
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**